NOT RECOMMENDED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-770

JEFFREY MICHAEL CRABLE

VERSUS

TRACY LANG CRABLE

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 61,839
HONORABLE JOHN C. FORD, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Billie Colombaro Woodard, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

Jack L. Simms, Jr.
Attorney at Law
P. O. Box 1554
Leesville, LA  71496-1554
(337) 238-9393
Counsel for Defendant/Appellee:
    Tracy Lang Crable

Bradley O'Neal Hicks
Dowden & Hicks
116 East Lula Street
Leesville, LA  71446
(337) 238-2800
Counsel for Plaintiff/Appellant:
    Jeffery Michael Crable